Sulman et vir, Appellant, *v.* Pittsburgh.

Argued April 11, 1974. *Ir-*

*ving M. Portnoy,* with him *Jerome A. Patterson,* and *Litman, Litman, Harris & Specter,* for appellants; *George Shorall,* Assistant City Solicitor, with him *D. R. Pelligrini,* Assistant City Solicitor, and *Ralph Lynch, Jr.,* City Solicitor, for appellee.

Order affirmed.